EVA MITCHELL v. THE STATE.

No. 6976. Decided May 17, 1922.

Robbery—Statement of Facts—Bills of Exception—Practice on 'Appeal.

In the absence of a statement of facts and bills of exception, the indictment being sufficient, and the proceedings of the court regular, the conviction is affirmed.

Appeal from the District Court of Tarrant. Tried below before the Honorable Geo. E. Hosey.

Appeal from a conviction of robbery; penalty, five years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*R. G. Storey*, Assistant Attorney General, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the Criminal District Court of Tarrant county of robbery, and her punishment fixed at five years in the penitentiary.

The record is before us without bills of exception or statement of facts. We have examined the indictment which in proper form charges appellant with the offense; also the charge of the court, which submits to the jury in accordance with approved precedents the law of the case. No error appearing in the record, the judgment will be affirmed.

*Affirmed.*